UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE L. LUCIANO, | ) | CASE NO. 1:23-CV-2462 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | OPINION AND ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

On December 28, 2023, Plaintiff filed a Complaint against the Commissioner of Social Security. (ECF # 1.) The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong pursuant to Local Rule 72.2. Plaintiff's Complaint was accompanied by a Motion to Proceed in Forma Pauperis. (ECF # 2.) On January 2, 2024, the Magistrate Judge entered a Report and Recommendation that the Court deny Plaintiff's request to proceed in forma pauperis and that Plaintiff be ordered to pay the applicable filing fee withing 14 days of the date of a denial of Plaintiff's motion. (ECF # 5.) Plaintiff was provided notice of the 14-day objection period to the Report and Recommendation. Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. Fed. R. Civ. P. 72(b). Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn,* 728 F.2d

1

813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.,* 932 F.2d 505 (6th Cir. 1991); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

Therefore, the Report and Recommendation is **ADOPTED** and Plaintiff's Motion to Proceed in Forma Pauperis is **DENIED**.  Plaintiff is further ordered to pay the applicable filing fee within 14 days or the case will be dismissed.

**IT IS SO ORDERED.**

                                      /s  Christopher A. Boyko
                                      **CHRISTOPHER A. BOYKO**
                                      **United States District Judge**

**Dated: January 17, 2024**